THE HONORABLE RONALD B. LEIGHTON

08-CV-05286-ORD

FILED _____ LODGED
_____ RECEIVED

MAY 1 2 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LIEGE CORPORATION, a California corporation,

    Plaintiff,

v.

WILLIAM TAYLOR, JR. and JANICE TAYLOR, a marital community,

    Defendants.

No. CV08-5286 RBL

[~~PROPOSED~~]
ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE PUT IN IMMEDIATE POSSESSION OF CERTAIN PERSONAL PROPERTY

This matter having come on for hearing before the Court upon the motion of Plaintiff Liege Corporation for an order directing defendants in the above-entitled action to appear before this Court and show cause why Plaintiff should not be put in immediate possession of certain personal property that Plaintiff claims in this action, and the court having considered the complaint filed in this action and the declaration of Kevin McCarrick in support of this motion, NOW, THEREFORE,

IT IS HEREBY ORDERED that defendants appear before this United States District Court, 1717 Pacific Avenue, Courtroom __B__ in Tacoma, Washington, at __8:30 a__.m. on the __20th__ day of __May__ 2008 to show cause, or as soon thereafter as the matter may be heard, and then and there show cause why the Plaintiff should not be put in immediate possession of the personal property in question.

ORDER TO SHOW CAUSE- 1
CAUSE No. CV08-5286 RBL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

708797.0001/1522175.1

1  If you fail to appear as commanded, an order awarding immediate possession to
2  Plaintiff will be issued.
3  Failure to promptly turn over possession of the property to the Plaintiff or the U.S.
4  Marshal, if an order awarding possession is issued under RCW 7.64.035(1), may subject you
5  to being held in contempt of court.
6  DATED this 9th day of May, 2008

_____
The Honorable Ronald B. Leighton

Presented by:

LANE POWELL PC

By /s/ David L. Young
   David L. Young, WSBA No. 30543
Attorneys for Plaintiff Liege Corporation

ORDER TO SHOW CAUSE- 2
CAUSE No. CV08-5286 RBL

708797.0001/1522175.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107