THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LIEGE CORPORATION, a California corporation,<br><br>                               Plaintiff,<br><br>     v.<br><br>WILLIAM TAYLOR, JR. and JANICE TAYLOR, a marital community,<br><br>                               Defendants. | No. CV08-5286 RBL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LIMITED EXPEDITED DISCOVERY AND RELIEF FROM FRCP 26(D)** |

Plaintiff Liege Corporation has moved the Court for an order granting leave to conduct limited expedited discovery and relief from Fed. R. Civ. P. 26(d). Having considered all pleadings and declarations filed by the parties in connection with Plaintiffs' Motion, the Court hereby **GRANTS** Plaintiffs' Motion for Limited Expedited Discovery and Relief from FRCP 26(d). The Court grants Plaintiff leave to conduct limited discovery for the purpose of identifying the location of funds from diverted customer payments, including without limitation subpoenas to financial institutions.

**IT IS SO ORDERED**.

DATED this 28th day of May, 2008.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1

1 | Presented by:

2 | LANE POWELL PC

3

4 | By /s/ David L. Young
5 |     David L. Young, WSBA No. 30543
    Attorneys for Plaintiff Liege Corporation

ORDER
Page - 2